United States Bankruptcy Court
District of Puerto Rico

IN RE:                                        Case No. _____

**VELAZQUEZ RIVERA, PABLO**            Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/26/2010**                  ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **800.00** x **60** = $ **48,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **48,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **48,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____

Signed: **/s/ PABLO VELAZQUEZ RIVERA**
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK PUERT**   Cr. _____   Cr. _____
# **XXXXXXX3920**      # _____      # _____
$ **7,352.80**      $ _____      $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RES. OWNERS ASS(** Cr. _____   Cr. _____
# **XXXXXX1433**      # _____      # _____
$ **615.75**      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**FIRST BANK PUERTO RICO (3920); POPULAR AUTO (0378)**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
1. DEBTOR HEREBY LIFTS THE STAY IN FAVOR OF EUROBANK (NOW ORIENTAL FINANCIAL GROUP) IN THE TWO MOTOR VEHICLE LOANS: (1) ACC. # 9800, 2005 NISSAN ALTIMA IN POSSESSION OF DEBTOR'S SPOUSE, MYRIAM HERNANDEZ VAZQUEZ, AND (2) ACC. # 3464, 2006 NISAN SENTRA IN POSSESSION OF SPOUSES' DAUTHER, JENNIFER LACOMBA.

2. ANY INCOME TAX REIMBURSEMENTS WILL BE DEVOTED TO FUND THE PLAN. THE BASE SHALL BE ADJUSTED UPWARDS AUTOMATICALLY UPON ANY DEPOSITS FROM THESE REIMBURSEMENTS. DEBTOR SHALL REQUEST THE AUTHORIZATION OF HE COURT BEFORE USING ANY FUNDS

3. FEES PAID IN ADVANCE TO DEBTOR'S ATTORNEY $3,000. RULE 2016 BALANCE OUTSTANDING = $0.00.

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES** _____ Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN