STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

PABLO VELAZQUEZ RIVERA     Case No. 10-08895-BKT

Chapter 13     Attorney Name: JIMENEZ QUINONES LAW OFFICES*

## I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: October 26, 2010
Time: 4:15 pm   Track: 015
[ ] This is debtor(s) _/_ Bankruptcy filing.
Liquidation Value: ____0____
Creditors
R. Hanara - BPPR
Cardona - FirstBank.

## II. Oath Administered
[✓] Yes     [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-09 [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [✓] Closed     [ ] Not Held     [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation
[✓] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test  (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [ ] State - years _____
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete   [ ] Missing
  [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing   [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
PABLO VELAZQUEZ RIVERA        Case No. 10-08895-BKT
                  Chapter 13   Attorney Name: JIMENEZ QUINONES LAW OFFICES*

VI. Plan                                                        (Cont.)
   Date: September, 26, 2010 Base $ 48,000.00 [X] Filed  Evidence of Pmt shown: WU mo 7294
   Payments X made out of  1  due.  [ ] Not Filed            $800.-  10.25.10

VII. Confirmation Hearing Date: November, 18, 2010 | VIII. Attorney's fees as per R. 2016(b)
                                                  | $3,000.00 - $3,000.00 = $ 0.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____     [ ] Amended S.O.F.A. _____
[ ] Insurance estimate                    [ ] Amended plan
_____           [ ] Business Documents
[ ] Assumption/Rejection executory contract    [ ] Monthly reports for the months
_____           _____
[ ] Appraisal _____
_____           _____
[ ] State tax returns years _____    [ ] Public Liability Insurance
[ ] Federal tax returns years _____     [ ] Premises_____
[ ] Correct SS # (Form B21)                  [ ] Vehicle(s)_____
   [ ] Debtor  [ ] Joint debtor          [ ] Licenses issued by:
[ ] Other:
_____           _____
_____           _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

Debtor has a child support order of $1,400.00 a month. Tax refund for 2009 was $4,904.-

_____                          Date: October 26, 2010
Trustee/Presiding Officer                                 (Rev.