IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

PABLO VELAZQUEZ RIVERA

XXX-XX-1209

Debtor(s)

CASE NO. 10-08895 BKT

Chapter 13

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **09/26/2010** (Docket no. **5**) is not confirmed.

   ___ **The §341 meeting of creditors was continued to _____ at ___.**

2. Hearing on Confirmation is continued to: **03/24/2011 at 09:00 A.M., US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

3. **OTHER:**

/S/Brian K. Tester
U.S. Bankruptcy Judge

Date: **11/18/2010**                          BY: Inecita Collazo
                                                   Courtroom Deputy