# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>PABLO VELAZQUEZ RIVERA<br><br>Debtor<br><br>FIRSTBANK OF PUERTO RICO<br><br>Movant<br><br>VS.<br><br>PABLO VELAZQUEZ RIVERA and ALEJANDRO OLIVERAS RIVERA as DEBTOR'S TRUSTEE<br><br>Respondent | CASE NO. 10-08895 BKT<br><br>CHAPTER 13 |

## REPLY TO MOTION REQUESTING THAT STAY BE LIFTED
## FILED BY FIRSTBANK OF PUERTO RICO

**TO THE HONORABLE COURT:**

COMES NOW Debtor, represented by the undersigned attorney, and represents as follows:

1. Debtor has no opposition to the request for the lift of the automatic stay requested by secured creditor Firstbank of Puerto Rico over the property located at Condominio The Residences, Blvd Media Luna Apt. 1433, Carolina, Puerto Rico.

2. An amended plan will be filed in order to lift the automatic stay.

3. Said amendment to the plan will resolve the controversy making movant's motion moot.

**WHEREFORE** debtors pray from this Honorable Court to take note of the above mentioned and provide accordingly.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to: Vanessa M. Torres Quinones, Esq., Martinez & Torres Law Offices, Attorney for Movant and Alejandro Oliveras Rivera, Chapter 13 Trustee.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, July 13, 2010.

CASE NO. 10-08895 BKT
---------------------------------

                                                                                    s/José L. Jiménez Quiñones
                                                                                    JOSE L. JIMENEZ QUINONES
USDC-PR 203808
260 AVE PONCE DE LEON
SUITE 1118
SAN JUAN, PR 00918-2008
TEL. (787) 282-9009
FAX 1 (866) 326-9416
jljimenez11@gmail.com
jimenezlawoffice@gmail.com