# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> PABLO VELAZQUEZ RIVERA <br><br> (DEBTORS) | CASE NO. 10-08895 BKT <br><br> CHAPTER 13 |

## INFORMATIVE MOTION
## (AMENDED PLAN)

**TO THE HONORABLE COURT:**

Comes now Debtor, represented by the undersigned attorney, and represents as follows:

1. Debtor informs of the separate filing of Amended Plan:

   a. Amended Plan: *to surrender collateral to lien holder Popular Auto (2009 jeep Grand Cherokee; contract no. xxx-xxx-xxxxx-xx-x0378) and to lifts the stay in favor of secured creditor Firstbank of Puerto Rico over property located at Condominio The Residences, Blvd Media Luna, APT 1433 Carolina, PR (POC #1).*

**WHEREFORE,** Debtor prays from this Honorable Court to take notice and allow filing of the amended plan.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: U.S. Trustee, and

to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, February 7, 2011.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416
jimenezlawfirm@gmail.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **10-08895**

**VELAZQUEZ RIVERA, PABLO**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: ____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/07/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **800.00** x **60** = $ **48,000.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **48,000.00**

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:

☐ Sale of Property identified as follows:
____

☐ Other:
____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **48,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ ____

Signed: **/s/ PABLO VELAZQUEZ RIVERA**
         Debtor

         _____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS: .
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ____  Cr. ____  Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RES. OWNERS ASS(** Cr. ____  Cr. ____
# **XXXXXX1433**  # ____  # ____
$ **615.75**  $ ____  $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____  Cr. ____  Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: **POPULAR AUTO**
5. ☐ Other: ____
6. ☐ Debtor otherwise maintains regular payments directly to:
____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____  Cr. ____  Cr. ____
# ____    # ____    # ____
$ ____    $ ____    $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**  Phone: **(787) 282-9009**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

1. DEBTOR HEREBY LIFTS THE STAY IN FAVOR OF EUROBANK (NOW ORIENTAL FINANCIAL GROUP) IN THE TWO MOTOR VEHICLE LOANS: (1) ACC. # 9800, 2005 NISSAN ALTIMA IN POSSESSION OF DEBTOR'S SPOUSE, MYRIAM HERNANDEZ VAZQUEZ, AND (2) ACC. # 3464, 2006 NISSAN SENTRA IN POSSESSION OF SPOUSES' DAUTHER: JENNIFER LACOMBA.

2. ANY INCOME TAX REIMBURSEMENTS WILL BE DEVOTED TO FUND THE PLAN. THE BASE SHALL BE ADJUSTED UPWARDS AUTOMATICALLY UPON ANY DEPOSITS FROM THESE REIMBURSEMENTS. DEBTOR SHALL REQUEST THE AUTHORIZATION OF THE COURT BEFORE USING ANY FUNDS

3. FEES PAID IN ADVANCE TO DEBTOR'S ATTORNEY $3,000. RULE 2016 BALANCE OUTSTANDING = $0.00.

4. THE AUTOMATIC STAY IS LIFTED IN FAVOR OF SECURED CREDITOR FIRSTBANK OF PUERTO RICO OVER THE PROPERTY LOCATED AT CONDOMINIO THE RESIDENCES, BLVD MEDIA LUNA, APT. 1433, CAROLINA, PUERTO RICO. (POC #1)

| | | |
|---|---|---|
| VELAZQUEZ RIVERA PABLO<br>THE RESIDENCES PARQUE ESCORIAL<br>BLVD MEDIA LUNA APTO 1433<br>CAROLINA PR 00987 | COOPER VISION<br>PO BOX 145409<br>CINCINNATI OH 45250-5409 | INFINITY EYE WORKS<br>PO BOX 13085<br>SAN JUAN PR 00908-3085 |
| JIMENEZ - QUINONES LAW OFFICES<br>268 PONCE DE LEON STE 1118<br>SAN JUAN PR 00918-2007 | CRIM<br>PO BOX 195387<br>SAN JUAN PR 00918-5387 | INTERNATIONAL MEDIC CARD<br>PO BOX 9950<br>ARECIBO PR 00613 |
| A - OPTICAL<br>6625 MIAMI LAKES DR<br>MIAMI LAKES FL 33014 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9022501<br>SAN JUAN PR 00902-2501 | J&J MEDICAL CARIBBEAN<br>ZONA IND LOS FRAILES ST C # 475 SUITE<br>GUAYNABO PR 00969 |
| ABB CONCISE<br>12301 NW 39 TH ST<br>CORAL SPRINGS FL 33065 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>CITY VIEW PLAZA II<br>GUAYNABO PR 00968-8000 | JESUS M RIVERA DELGADO<br>PO BOX 22518 UPR STA<br>SAN JUAN PR 00931 |
| CAMPBELL HIGHTOWER & ADAMS<br>4546 LAKESHORE DR SUITE # 11<br>TEMPE AZ 85282 | EUROBANK<br>PO BOX 191009<br>SAN JUAN PR 00919-1009 | JONATHAN CATE INC<br>PO BOX 1174<br>DENVER NC 28037 |
| CAPRI OPTICS<br>1459- 38 TH STREET<br>BROOKLYN NY 11218 | FIRST BANK PUERTO RICO<br>PO BOX 9146<br>SAN JUAN PR 00908 | LORMAR<br>PO BOX 2058<br>AIBONITO PR 00705 |
| CIBA VISION<br>PO BOX 930281<br>ATLANTA GA 31193-0281 | FIRST MEDICAL<br>CUSTOMER SERVICE<br>PO BOX 191580<br>SAN JUAN PR 00919-1580 | LUXOTICA<br>44 HARBOR DR<br>PORT WASHHINGTON NY 11050-4686 |
| CLEARVISION OPTICAL<br>425 RABRO DR SUITE # 2<br>HAUPPAGE NY 11788 | FONDO SEGURO ESTADO<br>PO BOX 858<br>CAROLINA PR 00986-0858 | MAGI- CAL FRAME<br>PO BOX 1670<br>HATILLO PR 00659 |
| COHEN'S FASHION OPTICAL<br>100 QUENTIN ROOSEVELT BOULEVARD<br>GARDEN CITY NY 11530 | GIERBOLINI LAW OFFICES<br>ABOGADOS DE LUXOTICA<br>PO BOX 9863<br>SAN JUAN PR 00908 | MARCOLIN USA<br>7543 EAST TIERRA BUENA LANE<br>SCATTSDALE AR 85260-1630 |
| COMMOLOCO INC<br>PO BOX 363769<br>SAN JUAN PR 00936-3769 | HILCO<br>PO BOX 1538<br>PLAINVILLE MA 02762-0538 | MGM LAB<br>AVENIDA DE DIEGO 621 PUERTO NUEVO<br>SAN JUAN PR 00920 |

| | |
|---|---|
| MGM/ RAINBOU<br>AVE DE DIEGO 621 PUERTO NUEVO<br>SAN JUAN PR  00920 | THE COMMERCIAL COLLECTION CORP<br>PO BOX 288<br>TONAWANDA NY  14151-0288 |
| MODERN OPTICAL<br>PO BOX 72360<br>ROSELLE IL  60172 | TREASURY SECRETARY<br>DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN PR  00902-4140 |
| MONICA RODRIGUEZ VILLA<br>PO BOX 363769<br>SAN JUAN PR  00936-3769 | |
| OPTI EXPRESS<br>CARR 169  KM 46  BO FRAILES LLANOS<br>GUAYNABO PR  00969 | |
| OPTI PACK<br>4102- 12 TH AVENUE<br>BROOKLYN NY  11219 | |
| POPULAR AUTO<br>NEW MANAGEMENT GROUP<br>PO BOX 36702<br>SAN JUAN PR  00936-2708 | |
| QUANTUM OPTICS<br>PO BOX  74784<br>LOS ANGELES CA  90074-9784 | |
| RES OWNERS ASSOC<br>PARQUE ESCORIAL<br>PO BOX 363908<br>SAN JUAN PR  00936-3908 | |
| RONCOLLI BAERGA & ASSOCIATES<br>PO BOX 363894<br>SAN JUAN PR  00936-3894 | |
| SPRINT<br>PO BOX 105243<br>ATLANTA GA  30348-5243 | |