## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

### Minute Entry

**Hearing Information:**

**Debtor**: PABLO VELAZQUEZ RIVERA
**Case Number**: 10-08895-BKT13     **Chapter:** 13
**Date / Time / Room**: 2/15/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: Marta Borrego
**Reporter / ECR**: Lori Annie Rodriguez

**Matter:**
Motion for Relief From Stay filed by FIRSTBANK (#15)

**Appearances:**

MIRIAN SALWEN, ATTORNEYF FOR THE CHAPTER 13 TRUSTEE
VIVIAN ORTIZ, ATTORNEY FOR FIRSTBANK

**Proceedings:**

### ORDER:

A Final Hearing will be scheduled for: March 16, 2011 at_9:00 a.m.. The stay remains in full force and effect pending the conclusion of the Final Hearing.

The 30-day determination period was waived.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge